# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JAMES SABA, Individually and For Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PETROPLAN USA, LLC, <br><br> Defendant. | Case No. 4:20-cv-02070 <br><br> JURY TRIAL DEMANDED <br><br> COLLECTIVE ACTION |

## RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant stipulate that this lawsuit, and with it all claims against Petroplan USA, LLC, is dismissed with prejudice and that Plaintiff and Defendants shall bear their own costs and attorneys' fees. The dismissal shall be effective upon filing.

Dated: May 18, 2021

Respectfully submitted,

By: */s/ Richard M. Schreiber*
**Michael A. Josephson**
State Bar No. 24014780
Federal ID No. 27157
**Andrew W. Dunlap**
State Bar No. 24078444
Federal ID No. 1093163
**Richard M. Schreiber**
State Bar No. 24056278
Fed. ID No. 705430
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com

        AND

        **Richard J. (Rex) Burch**
        Texas Bar No. 24001807
        Federal ID No. 21615
        **BRUCKNER BURCH PLLC**
        11 Greenway Plaza, Suite 3025
        Houston, Texas 77046
        713-877-8788 – Telephone
        713-877-8065 – Facsimile
        rburch@brucknerburch.com

        **ATTORNEYS IN CHARGE FOR PLAINTIFF**

Dated: May 18, 2021
        */s/ Jeremy W. Hays*
        John B. Brown
        Texas Bar No. 00793412
        Federal ID No. 348718
        john.brown@ogletreedeakins.com
        Jeremy W. Hays
        Texas Bar No. 24083156
        Federal ID No. 3365070
        jeremy.hays@ogletreedeakins.com
        **OGLETREE, DEAKINS, NASH, SMOAK**
        **& STEWART, P.C.**
        8117 Preston Road, Suite 500
        Dallas, Texas 75225
        Telephone: (214) 987-3800
        Facsimile: (214) 987-3926

        **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATION**

    I hereby certify that on May 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

        /s/ Richard M. Schreiber
        **Richard M. Schreiber**

47175373.1