United States District Court
Southern District of Texas
**ENTERED**
May 19, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JAMES SABA, Individually and For Others Similarly Situated, | Case No. 4:20-cv-02070 |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | COLLECTIVE ACTION |
| PETROPLAN USA, LLC, | |
| Defendant. | |

**ORDER GRANTING RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court GRANTS Plaintiff and Defendant's stipulation of dismissal of all claims against Petroplan USA, LLC with prejudice. Accordingly, this action is hereby dismissed with prejudice. Plaintiff and Defendant are to bear their own costs and attorneys' fees.

It is so ORDERED.

SIGNED this 19th day of May 2021.

_____
UNITED STATES DISTRICT JUDGE